FILED

06/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0423

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0423

_____

IN RE THE MARRIAGE OF:

JACINTA HARRIS,

      Petitioner and Appellee,

and

CHRISTOPHER HARRIS,

      Respondent and Appellant.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 21 2023